598 A.2d 517

BOARD OF EDUCATION OF THE TOWNSHIP OF BLOOMFIELD, PLAINTIFF–APPELLANT, v. BLOOMFIELD EDUCATION ASSOCIATION, DEFENDANT–RESPONDENT.

Argued September 11, 1991—Decided October 8, 1991.

*Nathanya G. Simon* argued the cause for appellant (*Schwartz, Pisano, Simon & Edelstein,* attorneys).

*Kenneth I. Nowak* argued the cause for respondent (*Zazzali, Zazzali, Fagella & Nowak,* attorneys).

*Donna M. Kaye* argued the cause for *amicus curiae* New Jersey School Boards Association (*Michael F. Kaelber,* attorney).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 251 *N.J.Super.* 379, 598 *A.*2d 518 (1990).

*For affirmance*—Chief Justice Wilentz and Justices Clifford, Handler, Pollock, O'Hern, Garibaldi, and Stein.—7

*For reversal*—None.